# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of September, two thousand and ten.

Before: Chester J. Straub,
Barrington D. Parker,
Debra Ann Livingston
*Circuit Judges*.




---

M. Peter Kuck, individually, and on behalf of others similarly situated,

*Plaintiff-Appellant*,

v.

John A. Danaher III, I/O Comm Ct Dept of Public Safety, Albert J. Masek Jr., I/O Commanding Officer CT Dept of Public Safety,

*Defendants-Appellees*.

**STATEMENT OF COSTS**
Docket No: 08-5368-cv

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,462 in favor of Appellant Peter M. Kuck and against John A. Danaher III, Albert Masek, and the State of Connecticut.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

Joy Fallek, Administrative Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/15/2010