UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| M. PETER KUCK, individually and on behalf of others similarly situated, | : <br> : <br> : |
| Plaintiffs, | : CASE NO.: 3:07-CV-1390-VLB <br> : |
| v. | : <br> : |
| JOHN A. DANAHER III, ET AL., | : <br> : |
| Defendants. | : DECEMBER 27, 2010 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION TO DISMISS AMENDED COMPLAINT**

The Plaintiff, M. Peter Kuck, by and through his undersigned counsel and pursuant to Local Civil Rule 7(b)(1)(a), hereby moves for an extension of thirty days time until January 26, 2011, to respond to the Defendants' Motion to Dismiss the Amended Complaint (doc. #70) filed on December 6, 2010.

As good cause for this motion, the undersigned represents that due to the press of business, including an appeal brief due on January 7, 2011, an extension of thirty days until January 26, 2011, is needed.

Defendants' counsel consents to this request for an extension of time until January 26, 2011, to respond to the Motion to Dismiss.

**NO ORAL ARGUMENT REQUESTED**

                                    PLAINTIFFS
                                    M. PETER KUCK, individually
                                    and on behalf of others similarly
                                    situated

BY:    /s/ Rachel M. Baird
         Rachel M. Baird (ct12131)
         Law Offices of Rachel M. Baird
         379 Prospect Street
         Torrington CT 06790-5238
         Tel:  (860) 626-9991
         Fax:  (860) 626-9992
         Email:  rbaird@rachelbairdlaw.com

## **CERTIFICATION OF SERVICE**

    I HEREBY CERTIFY THAT on December 27, 2010, a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                         /s/ Rachel M. Baird
                                         Rachel M. Baird
                                         Commissioner of the Superior Court