UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| M. PETER KUCK, individually<br>and on behalf of others similarly situated, : | : |
| Plaintiffs, : | CASE NO.: 3:07-CV-1390-VLB |
| v. : | : |
| JOHN A. DANAHER III, ET AL., : | : |
| Defendants. : | DECEMBER 28, 2010 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION TO DISMISS AMENDED COMPLAINT**

The Plaintiff, M. Peter Kuck, by and through his undersigned counsel and pursuant to Local Civil Rule 7(b)(1)(a), hereby renews his motion, in compliance with the Court's order dated December 28, 2010 (doc. #72), for an extension of thirty days time until January 26, 2011, to respond to the Defendants' Motion to Dismiss the Amended Complaint (doc. #70) filed on December 6, 2010.

As good cause for this motion, the undersigned represents that due to the press of business, including an appeal brief due on January 7, 2011, an extension of thirty days until January 26, 2011, is needed.

Defendants' counsel consents to this request for an extension of time until January 26, 2011, to respond to the Motion to Dismiss.

**NO ORAL ARGUMENT REQUESTED**

2

        **PLAINTIFFS**
        **M. PETER KUCK, individually**
        **and on behalf of others similarly**
        **situated**

**BY:**   **/s/ Rachel M. Baird**
        **Rachel M. Baird**
        **(ct12131)**
        **Law Offices of Rachel M. Baird**
        **379 Prospect Street**
        **Torrington CT 06790-5238**
        **Tel:  (860) 626-9991**
        **Fax:  (860) 626-9992**
        **Email:  rbaird@rachelbairdlaw.com**

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT on December 28, 2010, a copy of the foregoing renewed motion was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        **/s/ Rachel M. Baird**
        **Rachel M. Baird**
        **Commissioner of the Superior Court**