UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| M. PETER KUCK, et al., | : | |
| Plaintiffs, | : | CIVIL CASE NO: 3:07-CV-1390(VLB) |
| V. | : | |
| JOHN A. DANAHER III, et al., | : | |
| Defendants. | : | NOVEMBER 8, 2012 |

## NOTICE OF APPEAL

M. Peter Kuck and James F. Goldberg ("Plaintiffs"), by and through their attorney Rachel M. Baird, hereby provide notice and submit their appeal to the United States Court of Appeals for the Second Circuit from the Memorandum of Decision Granting Defendants' Motion for Summary Judgment and the Judgment entered on October 18, 2012.

A final Judgment was ordered and signed by the Clerk in favor of the Defendants on October 18, 2012.

In accordance with Rule 4(a)(1) of the Federal Rules of Appellate Procedure the Plaintiffs file this timely appeal.

A copy of the Decision and Judgment is attached.

          **PLAINTIFFS**
          **M. PETER KUCK**
          **JAMES F. GOLDBERG**


**BY:**  /s/ Rachel M. Baird
     Rachel M. Baird
     (ct12131)
     Law Office of Rachel M. Baird
     379 Prospect Street
     Torrington CT 06790-5238
     Tel:  (860) 626-9991
     Fax:  (860) 626-9992
     Email:  rbaird@rachelbairdlaw.com


### CERTIFICATION OF SERVICE

 I HEREBY CERTIFY THAT on November 8, 2012, a copy of the foregoing appeal was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


          /s/ Rachel M. Baird
          Rachel M. Baird
          **Commissioner of the Superior Court**